IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH COLEMAN, | : | NO. 2:09-cv-3359 |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | |
| KENNETH CAMERON, et al | : | |
| Respondents | : | |

**ORDER**

Robert F. Kelly, J.

AND NOW, this 29th day of Nov 2010, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED without prejudice.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
Robert F. Kelly, J.